UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 22-049-SMM

FILED BY ___scn___ D.C.
May 17, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

IN RE:

CRIMINAL COMPLAINT
_____)

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant U.S. Attorney, Southern District of Florida, hereby requests this Honorable Court seal the *Criminal Complaint* and all attachments (except for copies to be used by law enforcement personnel during execution of their official duties) until the first defendant is arrested and further order of the Court.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ Justin L. Hoover
      JUSTIN L. HOOVER
      ASSISTANT UNITED STATES ATTORNEY
      District Court No. 5502493
      101 South U.S. Hwy. 1, Ste. 3100
      Fort Pierce, Florida 34950
      TEL: 772-466-0899
      FAX: 772-466-1020
      Email: Justin.Hoover@usdoj.gov